UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In Re: )
    RICHARDS & CONOVER. ) Case No. 00-40521
    STEEL COMPANY )
     )
                Debtor(s) )

## MOTION TO DEPOSIT FUNDS INTO COURT REGISTRY FUND

COMES NOW Robert A. Pummill, Trustee, and requests the following

Uncashed checks, listed below over ninety (90) days old, be deposited

to the Court Registry Fund.

Bank account with Chase Manhattan Bank, account No. 312810916766

| Check No. | Issued | Paid to | Amount |
|---|---|---|---|
| 103 | 10/03/2002 | Falcon Steel Inc. | $127.71 |
| 108 | 10/03/2002 | Lewis B. Story | $1,755.14 |

/s/ ROBERT A. PUMMILL
ROBERT A. PUMMILL, TRUSTEE
6801 w. 107TH St. Suite 100
Overland Park, Kansas 66212
(913)648-8877